BISH *et al. v.* JOHNSON *et al.*

RAILROADS—CONTRACT.—Subscriptions to the capital stock of railroad companies, made since the taking effect of the act of *February* 23, 1853, authorizing the consolidation of such companies, will not be discharged or invalidated by the subsequent consolidation of the company in which they are made, but they will be held to have been made with reference to said law.

APPEAL from the *Grant* Circuit Court.

·*Per Curiam.*—In this case proceedings supplementary to execution were instituted by appellants against the *Cincinnati and Chicago Railroad Company* and the *Cincinnati, Newcastle and Michigan Railroad Company*, and also against said appellee, to subject to the payment of judgments obtained by the appellants against said corporations, the proceeds of certain stock subscriptions made by said *Johnson* to the capital stock of the latter company, and remaining unpaid.

It is averred that the said subscription was made in *March,* 1853; that in *April,* 1854, said company last above named consolidated with the *Cincinnati, Cambridge and Chicago Short Line Railroad Company*, under the name first above set forth, and that afterwards, in 1854, said company and the *Cincinnati, Logansport and Chicago Railroad Company* consolidated under the name first above set forth.

These facts appear in the complaint. An answer was filed by said *Johnson,* the second paragraph of which avers that the judgments, of which payment is sought, were obtained after said consolidations, and that said consolidations were "made against his wishes and consent." A demurrer was overruled to said second paragraph of the answer, which presents the only point in the case. This subscription was made after the act of *February* 23, 1853, authorizing the consolidation of railroad companies, and consequently must be viewed as having been made with reference to the said authority so

conferred upon said corporations. Previous to the passage of said act it had been repeatedly held that a consolidation, without the consent of the stockholder, released him, &c. *McCray* v. *The Junction Railroad Company*, 9 Ind. 358; *Booe.* v. *The Same*, 10 Ind. 93.

The judgment is reversed, with costs. Cause remanded.

*J. Brownlee*, for the appellants.